**93–1887.** Kokitka v. Ford Motor Co. *Cuyahoga County,* No. 62410. Reported at 68 Ohio St.3d 1449, 626 N.E.2d 690. On motion for rehearing. Rehearing granted and motion and cross-motion to certify allowed; *sua sponte,* cause consolidated with 93–2084, *Kokitka v. Ford Motor Co., supra.* MOYER, C.J., dissents.

**93–2100.** Clevecon, Inc. v. Northeast Ohio Regional Sewer Dist. *Cuyahoga County,* No. 63319. Reported at 68 Ohio St.3d 1451, 626 N.E.2d 692. On motion for rehearing. Rehearing denied. MOYER, C.J., and WRIGHT, J., dissent.

**93–2200.** Cleveland v. Robinson. *Cuyahoga County,* No. 63637. Reported at 68 Ohio St.3d 1440, 626 N.E.2d 124. On motion for rehearing. Rehearing denied.

**93–2424.** Blackburn v. Tudor. *Scioto County,* No. 93CA2150. Reported at 68 Ohio St.3d 1452, 626 N.E.2d 692. On motion for rehearing. Rehearing denied.

**93–2430.** Kleve v. Walters. *Hamilton County,* No. C–920651. Reported at 68 Ohio St.3d 1449, 626 N.E.2d 690. On motion for rehearing. Rehearing denied.